IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON GLOMSKI PLAINTIFF

v. Case No. 6:26-cv-06099

FRANK BISIGNANO,
Commissioner of Social Security DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation filed on October 27, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Neither party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). The Court finds the matter ripe for consideration.

On July 27, 2026, Plaintiff Brandon Glomski filed a complaint against Defendant Frank Bisignano, Acting Commissioner of the Social Security Administration. ECF No. 2. In his complaint, Plaintiff sought review of the decision denying his claim for his social security disability benefits, social security disability insurance, and supplemental security income under Title II and/or Title XVI of the Social Security Act. *Id.* On October 26, 2026, Defendant filed an unopposed motion to reverse and remand the final administrative decision in this action pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 9.

In the instant Report and Recommendation, Judge Singleton recommends that Defendant's Unopposed Motion to Remand (ECF No. 9) be granted, and that Plaintiff's case be reversed and remanded to the Social Security Administration for further administrative review pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 11.

Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, the Court finds that Defendant's Unopposed Motion to Remand (ECF No. 9) is **GRANTED**. Plaintiff's case is hereby **REVERSED AND REMANDED** to the Social Security Administration for further review, in accordance with 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 17th day of November, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge