IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRANDON GLOMSKI PLAINTIFF

v. Case No. 6:26-cv-06099

FRANK BISIGNANO,
Commissioner of Social Security DEFENDANT

**JUDGMENT**

On November 17, 2026, the Court entered an Order adopting the Report and Recommendation filed on October 27, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. In that Order, the Court reversed and remanded the instant action to the Social Security Administration for further review, in accordance with 42 U.S.C. § 405(g). Now, the instant Judgment is issued for purposes of finality, and the Clerk of Court is hereby **DIRECTED** to enter judgment in favor of Plaintiff, terminate all deadlines, and close this case.

**IT IS SO ORDERED**, this 17th day of November, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge